**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CESAR MENDOZA-HERNANDEZ, | ) | NO. ED CV 15-301-MMM(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| OFFICER NFN TITO, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 9, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE